IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLOYD FOWLER,

    Defendant.

CR NO: 1:16-MJ-00042 EPG

FILED
APR 13 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum      ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | FLOYD FOWLER |
| Detained at: | Fresno County Jail |

Detainee is:
- a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint charging detainee with: _____
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility **after appearing on April 15, 2016 at 1:30**
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary APRIL 15, 2016 in the Eastern District of California.*

Signature: _(signed)_
Printed Name & Phone No: Daniel J. Griffin
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on April 15, 2016 at 1:30 p.m and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: April 13, 2016      E. P. _(signed)_
Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male   ☐ Female | |
| Booking or CDC #: | | DOB: | 08/25/1968 |
| Facility Address: | | Race: | |
| Facility Phone: | | FBI#: | 14697X11 |
| Currently | | CII | A07035547 |

## RETURN OF SERVICE

Executed on: _____
(signature)