# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

v.

FLOYD FOWLER,

　　　　　Defendant.

CR NO: 1:16-MJ-00042 EPG

**FILED**
APR 18 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum　　　　☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | FLOYD FOWLER | |
| Detained at | Fresno County Jail | |
| Detainee is: | a.) | ☐ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint charging detainee with: _____ |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility **after appearing on April 19, 2016 at 1:30** |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary APRIL 19, 2016 in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Laurel J. Montoya |
| Printed Name & Phone No: | Laurel J. Montoya (559) 497-4000 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum　　　　☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on April 19, 2016 at 1:30 p.m and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 4/18/16

E. P. _____
Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | | DOB: | 08/25/1968 |
| Facility Address: | | Race: | |
| Facility Phone: | | FBI#: | 14697X11 |
| Currently | | CII | A07035547 |

## RETURN OF SERVICE

Executed on: _____　　_____
　　　　　　　　　　　　　　　　　　　(signature)