# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**FLOYD FOWLER,**<br><br>　　　　　　　Defendant. | CR NO: 1:16-MJ-00042 EPG |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum　　　　　　☐ Ad Testificandum

Name of Detainee: FLOYD FOWLER
Detained at: Fresno County Jail

Detainee is:　a.)　☐ charged in this district by:　☐ Indictment　☐ Information　☒ Complaint
　　　　　　　　　　　charging detainee with:
　or　b.)　☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.)　☒ return to the custody of detaining facility **after appearing on April 20, 2016 at 1:30**
　or　b.)　☐ be retained in federal custody until final disposition of federal charges, as a sentence
　　　　　　　is currently being served at the detaining facility

*Appearance is necessary APRIL 20, 2016 in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Laurel J. Montoya |
| Printed Name & Phone No: | Laurel J. Montoya (559) 497-4000 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as the United States Marshals Service for this district, is hereby ORDERED to produce the named detainee, on April 20, 2016 at 1:30 p.m and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: April 19, 2016　　　　　　　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male　☐ Female | |
| Booking or CDC #: | | DOB: | 08/25/1968 |
| Facility Address: | | Race: | |
| Facility Phone: | | FBI#: | 14697X11 |
| Currently | | CII | A07035547 |

## RETURN OF SERVICE

Executed on: _____　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　(signature)