HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FLOYD FOWLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00059-DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL** |
| vs. | |
| FLOYD FOWLER, | Date: January 31, 2017 |
| Defendant. | Time: 8:30 a.m. |
| | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the trial currently scheduled for November 8, 2016, before the Honorable Dale A. Drozd, may be continued to January 31, 2017 at 8:30 a.m., or the soonest date thereafter that is convenient to the court.

The parties are actively engaged in plea negotiations and believe an agreement may be reached that will eliminate the need for trial. However, if this matter is not resolved, defense counsel will not be available on November 8, 2016, as he is lead counsel in another matter scheduled for trial on the same date (U*nited States v. Rich Xiongpao*, 1:15-cr-00285 LJO). The requested continuance will allow additional time to attempt to finalize the negotiations. It is also necessary to allow defense counsel to effectively prepare for trial in the event this matter is not resolved. Effective representation at trial will require additional time to retain an expert to testify regarding the medical examination of the identified victim of this offense; and to locate and

subpoena several witnesses who were temporary residents of Yosemite at the time of the offense, but are believed to have since moved.

The parties agree that the delay resulting from this request shall be excluded in the interests of justice, for effective defense investigation and preparation, and for continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

PHILLIP A. TALBERT
Acting United States Attorney

DATED:  October 12, 2016          By     */s/ Daniel J. Griffin*
                                         DANIEL J. GRIFFIN
                                         Assistant United States Attorney
                                         Attorneys for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED:  October 12, 2016          By     */s/ Eric V. Kersten*
                                         ERIC V. KERSTEN
                                         Assistant Federal Defender
                                         Attorneys for Defendant
                                         FLOYD FOWLER

## **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the trial in this case.  Good cause appearing, the trial confirmation hearing as to Floyd Fowler currently set for October 31, 2016, is continued to **January 17, 2017**, at 10:00am.  The jury trial currently set for November 8, 2016, is continued to **January 31, 2017,** at 8:30am.  The time period between November 8, 2016  and January 31, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **October 12, 2016**                    _____
                                                 UNITED STATES DISTRICT JUDGE